FILED
99 NOV 30 AM 10: 07
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
NOV 3 0 1999

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

WILLIAM STANLEY MOSES,          )
                                )
        Plaintiff,              )
                                )
vs.                             )    CV 99-C-2681-NE
                                )
WILLIAM VAN DAVIS, ROBERT E.    )
AUSTIN, JEAN BROWNING, PATRICIA )
GAIL DICKINSON, TOMMY ROBINSON, )
NORMAN GILBERT, and MICHAEL     )
TOMLIN,                         )
                                )
        Defendants.             )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 3, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on November 17, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

10

DATED this 29th day of November, 1999.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE